IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN BELLOCCHIO,

    Plaintiff,

v.                                                        No. 1:23-cv-00390-DHU-JFR

NEW MEXICO OFFICE OF THE SECRETARY OF STATE,
SECRETARY OF STATE MAGGIE TOULOUSE OLIVER,
DEPUTY SECRETARY OF STATE SHARON PINO, and
DEPUTY SECRETARY OF STATE FOR ELECTIONS MANDY VIGIL,

    Defendants.

## **FINAL JUDGMENT**

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

    **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**UNITED STATES DISTRICT JUDGE**